IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRISH BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-1304 |
| v. ) | |
| ) | |
| SERVICE EXPERTS HEATING & AIR ) | |
| CONDITIONING d/b/a DONELSON AIR ) | |
| SERVICE EXPERTS, ) | |
| ) | |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Trish Boyd ("Plaintiff") and Service Experts Heating & Air Conditioning d/b/a Donelson Air Service Experts ("Defendant") (collectively, "the Parties"), hereby jointly file this stipulation for the dismissal of all claims asserted in this case with prejudice and with the Parties to bear their own fees and costs.

Dated: April 28, 2025.

Respectfully submitted,

| | |
|---|---|
| THE EMPLOYMENT AND COMMERCE LAW GROUP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Jonathan A. Street (with permission)* | */s/ Jill Novak Dalrymple* |
| Jonathan A. Street, BPR # 021712 | Jill Novak Dalrymple, BPR # 038801 |
| Zachary Walker Brown, BPR # 037509 | Nashville, TN 37219-2446 |
| P.O. Box 330549 | Telephone: 615-254-1900 |
| Nashville, TN 37203 | Facsimile: 615-254-1908 |
| Telephone: (615) 850-0632 | jill.dalrymple@ogletree.com |
| street@eclaw.com | |
| zach@eclaw.com | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure, including the following:

Jonathan A. Street, BPR No. 021712
Zachary Walker Brown, BPR No. 037509
P.O. Box 330549
Nashville, TN 37203
Telephone: (615) 850-0632
street@eclaw.com
zach@eclaw.com

*Attorneys for Plaintiff*

                                        */s/ Jill Novak Dalrymple*
                                        Jill Novak Dalrymple