**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TRISH BOYD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:23-cv-01304 |
| | ) | |
| **SERVICE EXPERTS HEATING & AIR** | ) | |
| **CONDITIONING d/b/a DONELSON** | ) | |
| **AIR SERVICE EXPERTS,** | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

Per the Joint Stipulation of Dismissal (Doc. No. 33) and Federal Rule of Civil Procedure

41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE